**ADANTÉ D. POINTER, ESQ., SBN 236229**
**PATRICK M. BUELNA, ESQ., SBN 317043**
**TY L. CLARKE, ESQ., SBN 339198**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert St., Suite 208,
Oakland, CA 94607
Tel: 510-929-5400
Website: www.LawyersFTP.com
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com
Email: TClarke@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STARQUETTA METOYER, individually and as successor-in-interest to Decedent SHAUNDALE BOOKER JR.; <br><br> Plaintiff, <br><br> v. <br><br> COUNTY OF RIVERSIDE, a municipal corporation; VACHE CHAKMAKIAN, an individual; and DOES 1-50, inclusive. <br><br> Defendants. | Case No.: 5:24-cv-02727-JGB-DTB <br><br> **SUMMONS RETURNED EXECUTED** <br> **Served: COUNTY OF RIVERSIDE** |

Dated: January 15, 25

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE

/s/ *Ty Clarke*
TY CLARKE
Attorney for PLAINTIFF

**MOYER V. COUNTY OF RIVERSIDE, et al.**

| Attorney or Party without Attorney:<br>TY L. CLARKE (SBN 339198)<br>POINTER & BUELNA LLP<br>155 Filbert St Suite 208<br>Oakland, CA 94607<br>  *Telephone No:* 510-929-5400<br>  *Attorney For:* Plaintiff | *Ref. No. or File No.:*<br>Pointer & Buelna - Lawyers For The People | **For Court Use Only** |
|---|---|---|

| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
|---|

| *Plaintiff:* STARQUETTA METOYER, individually and as successor-in-interest to Decedent SHAUNDALE BOOKER JR. |
|---|
| *Defendant:* COUNTY OF RIVERSIDE, a municipal corporation; VACHE CHAKMAKIAN, an individuall and DOES 1-50, inclusive |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>5:24−cv−02727−JGB (DTBx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT; CIVIL CASE COVER SHEET; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; STANDING ORDER

3. a.  Party served:     COUNTY OF RIVERSIDE, a municipal corporation
   b.  Person served:    David Grijalba, Clerk of the Board Assistant, Authorized to Accept Service of Process.

4. Address where the party was served:   4080 Lemon Street, Riverside, CA 92501

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon, Jan 13 2025 (2) at: 01:03 PM

6. **Person Who Served Papers:**
   a. Jose Fuerte (PS-001978, Riverside County)                    d. *The Fee* for Service was:   163.45
   **b. FIRST LEGAL**
      1939 HARRISON STREET, SUITE 818
      OAKLAND, CA 94612
   c. (415) 626-3111

7. *I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

01/13/2025
(Date)                                                              (Signature)



PROOF OF SERVICE

12490250
(6165669)